UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEANNA WILLIAMS )<br><br>       Plaintiff, )<br><br>    v. )<br><br>MARTINREA INDUSTRIES, INC. )<br><br>       Defendant. ) | Case No.: 1:24-cv-460 |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

### I.    STATEMENT OF THE CASE

1. Plaintiff, Keanna Williams (hereinafter "Keanna" or "Plaintiff"), brings her Complaint against Defendant, Martinrea Industries, Inc. (hereinafter "Martinrea"), for its violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e *et seq.* Keanna contends she was subjected to discrimination based on her sex, female, and retaliation after reporting sexual harassment.

### II.    PARTIES

2. Plaintiff is a citizen of Indiana and resides within the geographical boundaries of the Southern District of Indiana.

3. Martinrea is a foreign for-profit corporation, headquartered in Vaughan, Ontario, that operates a factory in Mount Vernon, Indiana within the geographical boundaries of the Southern District of Indiana.

### III.    JURISDICTION AND VENUE

4. Plaintiff was an "employee" within the meaning of 42 U.S.C. § 2000e(f).

5. Defendant is an "employer" within the meaning of 42 U.S.C. § 2000e(b).

1

6.  Plaintiff satisfied her obligation to exhaust her administrative remedies by having timely filed her U.S. Equal Employment Opportunity Commission Charge Number 470-2022-03118 against Defendant alleging sexual harassment and discrimination in violation of the Civil Rights Act of 1964, as amended, because of her sex, female, and retaliation. Plaintiff received her Notice of Suit Rights from the EEOC on December 14, 2023, and timely files her Complaint.

7.  Jurisdiction is conferred on this Court by Title VII of the Civil Rights Act of 1964; 42 U.S.C. § 2000e-5, 28 U.S.C. § 1331, and 28 U.S.C. § 1343.

8.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391 as all events, transactions and occurrences concerning this matter took place within the geographical purview of the Southern District of Indiana.

## IV.    FACTUAL ALLEGATIONS

9.  Martinrea specializes in the production of parts and assemblies for the automotive industry with a factory in North Vernon, Indiana.

10. Keanna was hired on June 1, 2022 after being placed by a staffing agency.

11. Keanna was only 16 years old when she began working for Martinrea.

12. On June 2, a co-worker, Gabriel Thomas, asked if Keanna another underaged co-worker was her child.  Keanna responded that she was only 16, and Mr. Thomas began to look Keanna up and down focusing on her backside, and making her very uncomfortable.

13. Later that same day, Gabriel Thomas attempted to give Keanna a "high-five" and then proceeded to hold her hand, again making her uncomfortable.

14. On or about June 7, 8, and 9, Gabriel Thomas made inappropriate sexual remarks to Keanna.

15. Keanna notified her parents of the sexual harassment that she was experiencing from Gabriel Thomas, and they instructed her to report it to human resources.

16. Keanna reported the unwanted sexual comments and behavior to HR Manager, Sunshine Galliher, and was told that an investigation would be conducted into Mr. Thomas's behavior.

17. On or about June 14, in the company break room, Mr. Thomas motioned for Keanna to sit next to him.  When Keanna refused, he said she could sit on his lap.

18. Keanna responded by making a complaint with the staffing agency that had placed her at Martinrea.

19. On June 15, 2022, HR Manager Galliher called Keanna into her office and told Keanna that Mr. Thomas was just flirting with her, and that flirting was ok.

20. On June 16, after finishing her shift, Keanna was approached by someone from the staffing agency and was advised that her employment was being terminated for allegedly, "not following the instructions of her team lead."

## V.    LEGAL ALLEGATIONS

### a.  Employment discrimination based on sex

21. Plaintiff hereby incorporates paragraphs one (1) through (20) as set forth herein.

22. Plaintiff was discriminated against based on her sex, female.

23. As a result of Defendant's actions, Plaintiff has sustained damages including but not limited to economic loss, loss of reputation, loss of enjoyment of life, mental anguish and emotional injury.

3

24. Defendant's actions and omissions violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* as amended.

### b.  Retaliation

25. Plaintiff hereby incorporates paragraphs one (1) through (24) as set forth herein.

26. Plaintiff raised concerns regarding sexual harassment in the workplace by her male co-worker, Gabriel Thomas.

27. Immediately after complaining about the discrimination, Plaintiff was terminated.

## VI.    REQUESTED RELIEF

WHEREFORE the Plaintiff, Keanna Williams, requests that judgment of this Court be held in her favor as follows:

1.  Order Defendant to pay Plaintiff any and all lost wages and the monetary value of all benefits associated with her employment as a result of Defendant's discrimination;

2.  Order Defendant to pay Plaintiff compensatory damages for the mental anguish and consequential harm she suffered;

3.  Order Defendant to pay Plaintiff's reasonable attorney fees and costs;

4.  Order Defendant to pay interest on all sums recoverable; and

5.  Award to Plaintiff all other relief that is just and proper.

Respectfully submitted,

GOODIN ABERNATHY, LLP

/s/ Christopher E. Clark
Christopher E. Clark, #18577-29
*Attorney for Plaintiff*

4

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, Keanna Williams, by counsel, demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

GOODIN ABERNATHY, LLP

/s/ Christopher E. Clark
Christopher E. Clark, #18577-29
*Attorney for Plaintiff*

GOODIN ABERNATHY, LLP
301 East 38th Street
Indianapolis, IN 46205
Ph. (317) 843-2606
Fax (317) 574-3095
cclark@goodinabernathy.com
02-042